IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>GREGORY E CRAWFORD & TORREY CRAWFORD,<br><br>    Debtors. | Chapter:  7<br><br>No. BK-25-50104-HLB |
| ALLIANCE TRUST COMPANY, LOUIS ROBINSON and DENIS DAMIENS,<br><br>    Appellants,<br><br>v.<br><br>GREGORY E. CRAWFORD, et al.<br><br>    Appellees. | **Case No. 3:26-cv-00257-ART**<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND DEADLINES REGARDING APPELLEE'S MOTION TO DISMISS AND TO STAY APPEAL BRIEFING DEADLINES (FIRST REQUEST)** |

Alliance Trust Company, Louis Robinson, and Denis Damiens, Jr., ("Appellants") by and through their counsel of record, and Gregory E. Crawford and Torrey Crawford, Bradley Sims and Gateway Capital IV, LLC ("Appellees") through their respective counsel, hereby stipulate and agree that Appellants' response to Appellees' *Motion to Dismiss Appeal as Moot Pursuant to 11 U.S.C. § 363(m)*, currently due June 1, 2026, is extended to **June 5, 2026**, and Appellees' Reply shall be due **June 19, 2026**,

64344299.1                                             1

The parties also stipulate that the briefing on Appellants' appeal of the Bankruptcy Court's *Order Granting Motion to Approve Sale of Bankruptcy Estate's Membership Interest in Crawford Trust Company, LLC and Certain Claims Pursuant to 11 U.S.C. § 363 Pending Appeal* shall be stayed until 30 days from the date this Court enters its decision on Appellees' *Motion to Dismiss Appeal as Moot Pursuant to 11 U.S.C. § 363(m)*.

This is the first stipulation for extension of time.  The parties submit that good cause exists to extend these deadlines due to Appellants' counsel's workload and preplanned time out of the office, and further because it would be most efficient for briefing on the appeal to be deferred until the Court renders a decision on the motion to dismiss.

**IT IS SO STIPULATED.**

HOUMAND LAW FIRM, LTD.                    FENNEMORE CRAIG, P.C.


By:   */s/  Jacob Houmand*                    By:  */s/  Leslie Bryan Hart*
    Jacob Houmand, Esq.                        Leslie Bryan Hart, Esq.
    *Attorneys for Appellee*                    Anthony W. Austin, Esq.
    *Bradley Sims*                            *Attorneys for Appellants*
                                            *Alliance Trust Company, Louis Robinson,*
                                            *Denis Damiens, Jr.*

**ORDER**

Based on the foregoing, and good cause appearing, the parties' stipulation to extend deadlines regarding Appellee's Motion to Dismiss and to Stay Appeal Breifing Deadline (ECF No. 14) is granted *nunc pro tunc*.


_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

Dated: May 26, 2026